```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                       DISTRICT OF VERMONT
```

Allen Rheaume,                          :
    Petitioner,                        :
                                   :
       v.                              : File No. 2:11 CV 38
                                   :
Andrew Pallito,                         :
    Respondent.                        :

                              ORDER

       The Report and Recommendation of the United States Magistrate Judge was filed August 1, 2011. Petitioner's objection were filed on August 12, 2011.

       A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b) (1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

       After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

       The petitioner's habeas corpus petition (Doc. 4), filed pursuant to 28 U.S.C. § 2254 is **DENIED**. Respondent's motion to dismiss (Doc. 7) is **GRANTED**. In addition, Petitioner's motion for summary judgment (Doc. 5) and motion regarding exhibits

(Doc. 6) are **DENIED** as moot.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is **DENIED** because the petitioner has failed to make a substantial showing of denial of a federal right. Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings. See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 17th day of August, 2011.

                                        /s/ William K. Sessions III
                                         William K. Sessions III
                                         District Court Judge